

## United States District Court
## Eastern District of California

| Walfreth Eduardo Aldana Lopez | Case Number: | 1:26-cv-01084 DAD SCR |

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT, et al.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Veronica Cardenas _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Walfreth Eduardo Aldana Lopez

On _____11/17/2010_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of New Jersey_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____02/07/2026_____    Signature of Applicant: /s/ _____Veronica Cardenas_____

**Pro Hac Vice Attorney**

Applicant's Name: Veronica Cardenas

Law Firm Name: Cardenas Immigration Law

Address: 2 Arnot St, Ste 205, Unit 122

City: Lodi   State: NJ   Zip: 07644

Phone Number w/Area Code: (201) 470-4549

City and State of Residence: Lodi, New Jersey

Primary E-mail Address: veronica.cardenas@cardenasimmigrationlaw.c

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington   State: VA   Zip: 22202

Phone Number w/Area Code: (202) 948-7948   Bar # 343072

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 25, 2026

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT

# EXHIBIT 1

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **VERONICA CARDENAS**
*(No.* **022052010** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 17, 2010** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of August, 2025.*

*Clerk of the Supreme Court*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Veronica Cardenas

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 7, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on December 4, 2025.*



*Clerk of the Court*

CertID-00263006