UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALFRETH EDUARDO ALDANA-LOPEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-01084-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 10, 13)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 10.)  Specifically, the assigned magistrate judge found that petitioner's "Fifth Amendment right to procedural due process was violated by his redetention without a pre-deprivation hearing." (*Id.* at 2.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 4.)  On March 5, 2026, respondents filed their objections in which they state that they continue to oppose habeas relief for the reasons stated in their previously filed briefing.

1

(Doc. No. 12.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.  On April 1, 2026, petitioner filed a request for expedited review of the pending habeas petition and findings and recommendations.  (Doc. No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued February 26, 2026, (Doc. No. 10) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Walfreth Eduardo Aldana-Lopez, A-number 241-771-999, on the conditions he was subject to, if any, prior to his re-detention on or about January 20, 2026;

   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without notice and a pre-deprivation hearing before a neutral decisionmaker where placement in the least restrictive setting available is considered after taking into account petitioner's danger to self, danger to the community, and risk of flight pursuant to 8 U.S.C. § 1232(c)(2)(B);

3. Petitioner's request for an expedited ruling (Doc. No. 13) is DENIED as having been rendered moot by this court order adopting the pending findings and recommendations and granting the habeas petition;

/////

/////

/////

/////

/////

2

4.      The Clerk of the Court is directed to serve this order on California City Detention Facility;

5.      The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3